**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 96-150 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER TO REPLACE IDENTITY** |
| ARTHUR SCHULER ROSS, | **OF RESTITUTION PAYEE** |
| Defendant. | |

---

John Marti and Mary L. Trippler, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Arthur Schuyler Ross, P. O. Box 1545, Elgin, IL 60121, defendant *pro se*.

International Petroleum Services, a victim of substantive crime, is a recipient of restitution ordered in the above captioned case. Jaime Delly, representative of International Petroleum Services, has petitioned the Court to replace International Petroleum Services as restitution payee and submitted evidence that he has the right to restitution as a representative of International Petroleum Services.

**IT IS THEREBY ORDERED** that counsel for the plaintiff and defendant identified above, may object to Jaime Delly's request by filing an objection in writing no later than February 9, 2009.

**IT IS FURTHER ORDERED** that absent any objections filed from counsel, the Clerk of Court direct all future restitution payments received for victim International Petroleum Services to Jaime Delly.

DATED: January 9, 2009          ____s/ John R. Tunheim____
at Minneapolis, Minnesota.              JOHN R. TUNHEIM
                                 United States District Judge